UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV23-7950 MRW | Date | November 27, 2023 |
|---|---|---|---|
| Title | Devin Augustine v. Sugar Foods Corporation et al. | | |

| Present: The Honorable | Michael R. Wilner, United States Magistrate Judge |
|---|---|
| James Muñoz | CS 11/27/23 |
| Deputy Clerk | Court Smart / Recorder |
| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
| Jaclyn Joyce | Michael Kun |

**Proceedings:** MOTIOIN TO REMAND – 9 (VIDEO)

Case called. Counsel make their appearance.

Court denied motion to remand. A statement of decision to follow.

:52
JM