**ZAKAY LAW GROUP, APLC**
Shani O. Zakay (State Bar #277924)
shani@zakaylaw.com
Jackland K Hom (State Bar #327243)
jackland@zakaylaw.com
Jaclyn Joyce (State Bar #285124)
jaclyn@zakaylaw.com
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 255-9047

**JCL LAW FIRM, APC**
Jean-Claude Lapuyade (State Bar #248676)
jlapuyade@jcl-lawfirm.com
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Telephone: (619) 599-8292

Attorneys for PLAINTIFF

**THOMPSON COBURN LLP**
Michael S. Kun, Esq.
MKun@thompsoncoburn.com
Kevin Sullivan, Esq.
kdsullivan@thompsoncoburn.com
10100 Santa Monica Blvd #500,
Los Angeles, CA 90067
Telephone: (310) 282-2500

Attorneys for DEFENDANT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DEVIN AUGUSTINE, an individual, on behalf of himself, and on behalf of all persons similarly situated,

Plaintiff,

v.

SUGAR FOODS CORPORATION, a New York Corporation; and DOES 1-50, inclusive,

Defendants.

Case No. 2:23-cv-07950 CBM(JPRx)

**JOINT MOTION AND STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) AND 23(e)**

Complaint Filed: July 26, 2023
Action Removed: September 27, 2023

---

Plaintiff DEVIN AUGUSTINE ("Plaintiff") and Defendant SUGAR FOODS CORPORATION ("Defendant") by and through their respective counsel of record (hereinafter collectively, the "Parties"), hereby submit this Joint Motion and Stipulation:

WHEREAS, on July 26, 2023, Plaintiff filed a Class Action Complaint with the Los Angeles County Superior Court against Defendant, Case No. 23STCV17483 ("Class Action").

WHEREAS, on October 4, 2023, Plaintiff filed a separate representative action against Defendant with the Los Angeles County Superior Court alleging a single cause of action for violations of the Private Attorneys General Act (Labor Code Sections 2698), Case No. 23STCV24227 ("PAGA Action").

WHEREAS, on September 27, 2023, Defendant removed Plaintiff's Class Action from the Los Angeles County Superior Court to the United States District Court, Central District of California.

WHEREAS, on December 23, 2025, Plaintiff and Defendant entered into a settlement agreement with respect to Plaintiff's individual claims, which required dismissal without prejudice of his proposed class claims. As such, Plaintiff respectfully requests that his (1) proposed class claims be dismissed without prejudice, and (2) individual claims be dismissed with prejudice.

WHEREAS, pursuant to the Parties' agreement and Fed. R. Civ. P. 41(a)(1) and 23(e), the Parties stipulate that all forthcoming deadlines in this action shall be vacated and that this action shall be dismissed in its entirety.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, and for good cause, that upon entry of an Order by the Court approving the Joint Motion and Stipulation:

1.    Plaintiff's individual claims are dismissed with prejudice;

2.    Plaintiff's proposed class claims are dismissed without prejudice; and

//

3.   Therefore, all forthcoming deadlines in this action shall be vacated, and this action is dismissed in its entirety.

Dated: January 8, 2026

**ZAKAY LAW GROUP, APLC**
**JCL LAW FIRM, APC**

By:   /s/ Jackland K Hom

Jackland K Hom, Esq.
Shani O. Zakay, Esq.
Jean-Claude Lapuyade, Esq.

Counsel for PLAINTIFF

Dated: January 8, 2026

**THOMPSON COBURN LLP**

By:        /s/ Kevin Sullivan

Michael S. Kun, Esq.
Kevin Sullivan, Esq.

Counsel for DEFENDANT

/ / /

JOINT MOTION AND STIPULATION

1

## **SIGNATURE OF CERTIFICATION**

2        I hereby certify that the contents of this document are acceptable to counsel for

3  Defendant, and that I have obtained all necessary authorization to affix Defendant's

4  counsel's electronic signature to the document.

5

6  Dated: January 8, 2026                    **ZAKAY LAW GROUP, APLC**

7                                            By:   _/s/ Jackland K Hom_____

8                                            Jackland K Hom, Esq.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  / / /

28

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of Perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 8, 2026.

**ZAKAY LAW GROUP, APLC**

By:  /s/ Jackland K Hom
Jackland K Hom, Esq.