UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN AUGUSTINE, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>SUGAR FOODS CORPORATION, a New York Corporation; and DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-07950 CBM(JPRx)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) AND 23(e)**<br><br>JS-6 |

-1-
**ORDER GRANTING JOINT MOTION AND STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) AND 23(e)**

Having considered the parties' Joint Motion and Stipulation Requesting Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1) And 23(e), it is hereby ordered that:

1. Plaintiff's individual claims are hereby dismissed with prejudice;
2. Plaintiff's proposed class claims are hereby dismissed without prejudice;
3. All forthcoming deadlines in this action shall be vacated, and this action is dismissed in its entirety.

**IT IS SO ORDERED.**

DATED: January 9, 2026

Hon. Consuelo B. Marshall
United States District Judge